UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
REED ENERGY, LLC and REED ENERGY :
EXPLORATION, INC.,                                           :    **ORDER**
:
:
                            Plaintiffs,                      :    13 Civ. 6656 (AKH)
     -against-                                               :
:
REGENT PRIVATE CAPITAL LLC, REGENT :
PRIVATE CAPITAL II, LLC, CHARLES              :
STEPHENSON and LAWRENCE FIELD,                :
:
                            Defendants.                      :
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiffs filed this action on September 19, 2013, asserting that this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). However, one of the plaintiffs is a limited liability company and limited liability companies are deemed to be citizens of all the states in which their constituents are citizens. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51 (2d Cir. 2000) (citing Carden v. Arkoma Assocs., 494 U.S. 185 (1990)). Plaintiffs have failed to identify the members of that limited liability company and allege their citizenship. Additionally, Plaintiffs have not made any allegations regarding the citizenship of the defendant limited liability companies.

       As such, I order, sua sponte, that the case is dismissed for lack of subject matter jurisdiction, subject only to a motion by Plaintiffs (if Plaintiffs choose to make such a motion)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/13

for leave to amend the complaint showing sufficient basis for jurisdiction. The Clerk shall mark the case closed.

        SO ORDERED.

Dated:      September 25, 2013
              New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge