UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
REED ENERGY, LLC and REED
ENERGY EXPLORATION, INC.,

           Plaintiffs,

           Case No.: 1:13-CV-06656-AKH

         - against -

           **MOTION FOR LEAVE TO AMEND THE COMPLAINT**

REGENT PRIVATE CAPITAL LLC,
REGENT PRIVATE CAPITAL II, LLC,
CHARLES STEPHENSON and
LAWRENCE FIELD,

           Defendants.
------------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, that Plaintiffs REED ENERGY, LLC and REED ENERGY EXPLORATION, INC. (hereinafter "Plaintiffs"), hereby move this court and respectfully request an order pursuant to Fed. R. Civ. P. 15(a) granting Plaintiffs leave to amend and file the proposed Amended Complaint attached to the Memorandum of Law as Exhibit A.

    Plaintiffs' motion is based on the attached Memorandum of Law, all documents and records on file herein, and such oral and documentary evidence as this Court may deem just and proper.

Dated: October 2, 2013

           Respectfully submitted,

           By: _____
           WILSON HARVEY BROWNDORF LLP
           **Matthew C. Browndorf**
           **Rudyard W. Ceres**
           77 Water Street, 8th Floor
           New York, New York 10005
           Tel: (646) 308-1221
           *Counsel for Plaintiffs*