UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
REED ENERGY, LLC and REED :
ENERGY EXPLORATION, INC., :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　: Case No.: 13 CV 6656 (AKH)
　　　　　　　　　　　　　　　　　　　　　:
　　　- against - :
　　　　　　　　　　　　　　　　　　　　　:
REGENT PRIVATE CAPITAL LLC, :
REGENT PRIVATE CAPITAL II, LLC, :
CHARLES STEPHENSON and :
LAWRENCE FIELD, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants. :
-------------------------------------------------------------------------x

**NOTICE OF VOLUTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　　Pursuant to Rule 41(a)(1(A)(i) of the Federal Rules of Civil Procedure and certain disclosures made by Regent Private Capital, LLC, Regent Private Capital II, LLC, Charles Stephenson, and Lawrence Field ("Defendants") in a letter dated October 30, 2013, to Hon. Alvin K. Hellerstein, United States District Judge, Reed Energy, LLC, and Reed Energy Exploration Inc., ("Plaintiffs"), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants; and, Plaintiffs' Motion for Leave to Amend Complaint dated October 2, 2013, is hereby withdrawn. Plaintiffs fully reserve all their federal claims against Defendants.

Dated: New York, New York
　　　　November 4, 2013

　　　　　　　　　　　　　　　　　　　　　WILSON HARVEY ROWNDORF LLP

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Browndorf
　　　　　　　　　　　　　　　　　　　　　　　　Rudyard W. Ceres

　　　　　　　　　　　　　　　　　　　　　77 Water Street, 7th floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　Telephone (646) 308-1221
　　　　　　　　　　　　　　　　　　　　　Facsimile (646) 513-3205

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Reed Energy, LLC and Reed Energy Exploration, Inc.*